UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRONT RANGE EQUINE RESCUE, *et al.*,<br><br>    Plaintiffs,<br><br>vs.<br><br>TOM VILSACK, Secretary of the U.S. Department of Agriculture, *et al.*,<br><br>    Defendants. | Case No.: 13-cv-03034-YGR<br><br>**ORDER REGARDING MOTION FOR EXPEDITED DECISION ON MOTION TO INTERVENE AND STRIKING INTERVENOR COMPLAINT** |

Proposed Intervenor Valley Meat Co., LLC has filed three pleadings and/or motions in this action: (1) a Complaint in Intervention and Motion to Dismiss; (2) a Motion to Intervene; and (3) a Motion for Expedited Decision on Motion to Intervene and Motion for Telephonic Appearance by A. Blair Bunn, Esq.  (Dkt. Nos. 23, 24 & 28, respectively.)

The Court hereby **STRIKES** the Complaint in Intervention and Motion to Dismiss because Valley Meat has not yet received permission to intervene in this action.  Should Valley Meat wish to file a *proposed complaint* in support of its Motion to Intervene, it may do so by declaration and in accordance with the Civil Local Rules.

As to the Motion for Expedited Decision, the Court notes that Valley Meat has failed to comply with Civ. L.R. 6-1–6-3 and 7-1.  The Court hereby **ORDERS** that Plaintiffs respond to the Motion to Intervene by Thursday, July 18, 2013 at noon PST.  <u>No reply will be permitted on the Motion to Intervene</u>.  The hearing on the Motion to Intervene will be scheduled for Friday, July 19, 2013 at 10:00 a.m. to coincide with the hearing on the Motion for Preliminary Injunction.

The Motion for Telephonic Appearance of A. Blair Dunn at the July 19, 2013 hearing is hereby **DENIED.** A. Blair Dunn has not made an appearance and is not reflected as counsel of record for Proposed Intervenor.

This Order terminates Dkt. No. 28.  The Clerk shall strike Dkt. No. 23 from the record.

**IT IS SO ORDERED**.

Dated: July 10, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

2