UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

_____

FRONT RANGE EQUINE RESCUE,
*et al.*,

       Plaintiffs,

  v.                                  Civ. No. 1:13-cv-00639-MCA-RHS

TOM VILSACK, Secretary,
U.S. Department of Agriculture, *et al.*,      INTERVENOR VALLEY MEAT
                                                  COMPANY, LLC RESPONSE
                                                  TO PLAINTIFFS' MOTION FOR
                                                  TEMPORARY RESTRAINING
                                                  ORDER AND PRELIMINARY
**Federal Defendants.**                     INJUNCTION

_____

      Intervenor Valley Meat Company, LLC, hereby responds to the Motion for Temporary Restraining Order and Preliminary Injunction filed by Plaintiff. Proposed Intervenors Rains Natural Meats and Chevaline, LLC seek to join this Response. The grounds for this Response are set forth in the memorandum submitted herewith.

Dated this 19th day of July 2013:      Respectfully submitted,

                                                By: /s/ *A. Blair Dunn*         ,
                                                A. Blair Dunn, Esq.
                                                6605 Uptown Blvd. NE Ste 280
                                                Albuquerque, NM 87110
                                                Tel: (505) 881-5155/Fax: (505) 881-5356
                                                E-mail: abdunn@ablairdunn-esq.com
                                                Attorney for Intervenor Valley Meat Co., LLC
                                                and Proposed Intervenors Rains Natural Meats and
                                                Chevaline, LLC

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 19, 2013, I served the within response, the memorandum in support of the response, and the exhibits to the response on all counsel of record by filing them with the Court by means of its ECF system.  /s/ *A. Blair Dunn*

2