UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| FRONT RANGE EQUINE RESCUE, *et al.*, | )<br>)<br>)<br>) |
| Plaintiffs,<br>v. | )<br>)   Civ. No. 1:13-cv-00639-MCA-RHS<br>) |
| TOM VILSACK, Secretary,<br>U.S. Department of Agriculture, *et al.*, | )<br>)<br>) |
| | )   **MOTION TO INTERVENE OF**<br>)   **YAKAMA NATION** |
| Federal Defendants. | )<br>) |

Pursuant to Federal Rule of Civil Procedure 24, the Confederated Tribes and Bands of the Yakama Nation ("Yakama Nation") move this Court for permission to intervene in support of defendants in the above-captioned matter. Yakama Nation should be granted leave to intervene because (1) they have timely filed this Motion to Intervene, (2) they are a Real Party in Interest, (3) their interests will be impaired if Plaintiff's claim is successful, and (4) their interests will not adequately be represented by the named defendants. In support of this Motion to Intervene, Yakama Nation submit the following pleadings, which are incorporated by this reference:

- Memorandum in Support of Motion to Intervene;
- Declarations of Jim Stephenson, Yakama Nation's Big Game Biologist in Support of Motion to Intervene (Declaration will be submitted on July 22, 2013 due to communication problems with Mr. Stephenson, who did not receive his declaration for final review due to the distance he was located from the Yakama Nation office);

Pursuant to local rule 7.1, Yakama Nation, through counsel, has contacted Plaintiff and Defendant to determine whether they oppose this motion. Counsel for plaintiffs takes no position on the motion until he reviews the motion, and counsel for defendants take no position on this motion.

WHEREFORE, for the foregoing reasons, Proposed Intervenors respectfully request that this Court grant their motion to intervene as Intervenors.

Dated:  July 19, 2013

/s/   *David H. Urias*
John W. Boyd
David Urias
Freedman Boyd Hollander Goldberg
Urias & Ward, P.A.
20 First Plaza, Suite 700
Albuquerque, NM 87102
Telephone:  (505) 842-9960
Facsimile:  (505) 842-0761
Email:  jwb@fbdlaw.com
Email:  dhu@fbdlaw.com

Gary H. Baise
Stewart D. Fried
John G. Dillard
OFW Law
Olsson Frank Weeda Terman Matz PC
600 New Hampshire Ave., NW
Suite 500
Washington, DC 20037
Phone: (202) 789-1212
Fax: (202) 234-3550
gbaise@ofwlaw.com
sfried@ofwlaw.com
jdillard@ofwlaw.com

***Attorneys for Yakama Nation***

## CERTIFICATE OF SERVICE

    I CERTIFY that on the 19th day of July, 2013, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

                                      /s/   *David H. Urias*
                                      David H. Urias