**John W. Ogan**
**Adam T. Adkin**
Karnopp Petersen LLP
1201 NW Wall Street, Suite 200
Bend, Oregon 97701
541-382-3011 Telephone
541-388-5410 Facsimile
jwo@karnopp.com
ata@karnopp.com
*Counsel for Amicus Curiae Applicant*
*The Confederated Tribes of the Warm Springs Reservation of Oregon*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**FRONT RANGE EQUINE RESCUE,** *et al.*

       Plaintiffs,

  and

**STATE OF NEW MEXICO**

       Plaintiff-Intervenor

    v.

**TOM VILSACK,** Secretary U.S. Department of Agriculture**,** *et al.*

      Federal Defendants,

  and

**VALLEY MEAT COMPANY**, *et al.*

       Defendant-Intervenors.

Case No. 1:13-cv-00639-MCA-RHS

**THE CONFEDERATED TRIBES OF THE WARM SPRINGS RESERVATION OF OREGON'S MOTION FOR LEAVE TO APPEAR AS** *AMICUS CURIAE*

The Confederated Tribes of the Warm Springs Reservation of Oregon ("Warm Springs Tribe") respectfully moves this court for an order permitting it to appear in this case and to participate as *Amicus Curiae*.  The basis for this motion is set forth in the accompanying Memorandum in Support of the Confederated Tribes of the Warm Springs Reservation of Oregon's Motion for Leave to Appear as *Amicus Curiae*.

Pursuant to D.N.M.LR-Civ. 7.1, the Warm Springs Tribe, through counsel, has contacted each of the parties to the case to determine whether they oppose this motion. No response was received from Ari Biernoff, counsel for the State of New Mexico. Counsel for all other parties have responded authorizing us to indicate that they have no objection to our motion.

DATED this 6th day of September, 2013.

Respectfully submitted,

| | |
|---|---|
| /s/ John Ogan | |
| John W. Ogan, OSB# 065940 | Lee Bergen, NM Bar No. 5062 |
| Adam T. Adkin, OSB# 113090 | Bergen Law Offices LLC |
| Karnopp Petersen LLP | 4110 Wolcott Ave NE, Suite A |
| 1201 NW Wall Street, #200 | Albuquerque, NM 87109-4523 |
| Bend, Oregon 97701 | Local Counsel for *Amicus Curiae* |
| Counsel for *Amicus Curiae* Applicant The Confederated Tribes of the Warm Springs Reservation of Oregon | Applicant The Confederated Tribes of the Warm Springs Reservation of Oregon |

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing document on September 6, 2013, using the ECF System which will send notification to all parties of record.


/s/ John Ogan
John W. Ogan, OSB# 065940
Adam T. Adkin, OSB# 113090
Karnopp Petersen LLP
1201 NW Wall Street, #200
Bend, Oregon 97701
Counsel for *Amicus Curiae* Applicant
The Confederated Tribes of the Warm
Springs Reservation of Oregon