IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| FRONT RANGE EQUINE RESCUE, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civ. No. 1:13-cv-00639-MCA-RHS |
| ) | |
| TOM VILSACK, Secretary of the ) | |
| U.S. Department of Agriculture, *et al*, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**NOTICE OF CERTIFICATE OF GOOD STANDING**

Pursuant to D.N.M.L.R.-Civ. 83.3, Lee Bergen hereby certifies to the Court that the following out-of-state attorneys are in good standing with the State Bar of Oregon:

(a) John W. Ogan of Karnopp Petersen LLP, and (b) Adam T. Adkin of Karnopp Petersen LLP.

Respectfully submitted,

/s/ Lee Bergen
Lee Bergen (NM Bar No. 5062)
Bergen Law Offices LLC
4110 Wolcott Avenue N.E., Suite A
Albuquerque, New Mexico 87109
lbergen@nativeamericanlawyers.com
(505) 798-0114

## CERTIFICATE OF SEVICE

  I hereby certify that on September 6, 2013, I filed through the United States District Court CM/ECF System the foregoing document to be served by CM/ECF electronic filing on all counsel of record.

              /s/ Lee Bergen
              Lee Bergen