Karen Budd-Falen
Kathryn Brack Morrow
BUDD-FALEN LAW OFFICES, LLC
300 East 18th Street
Post Office Box 346
Cheyenne, Wyoming  82003
(307) 632-5105 Telephone
(307) 637-3891 Facsimile
karen@buddfalen.com
kathryn@buddfalen.com
*Attorneys for Proposed Defendant-Intervenors*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

| | |
|---|---|
| **FRONT RANGE EQUINE RESCUE**, *et al.*, | |
| Plaintiffs, | |
| and | |
| **STATE OF NEW MEXICO** | |
| Plaintiff-Intervenor, | |
| v. | No. 1:13-cv-00639-MCA-RHS |
| **TOM VILSACK**, Secretary U.S. Department of Agriculture, *et al*., | |
| Federal Defendants, | |
| and | **NOTICE OF FILING EXHIBITS TO ACCOMPANY DEFENDANT-INTERVENORS' JOINT REPLY IN SUPPORT OF MOTION TO COMPLY WITH THE COURT'S SCHEDULING ORDER DATED AUGUST 29, 2013 [DOC. 176]** |
| **VALLEY MEAT COMPANY**, *et al.,* | |
| Defendant-Intervenors, | |
| and | |
| **INTERNATIONAL EQUINE BUSINESS ASSOCIATION**, *et al.,* | |
| Defendant-Intervenors. | |

COME NOW Defendant-Intervenors International Equine Business Association et al, Responsible Transportation L.L.C., Confederated Tribes and Bands of the Yakima Nation, Rains National Meats, Chevaline LLC and Valley Meats (collectively "Defendant-Intervenors") and hereby file this Notice of Filing Exhibits to Accompany Defendant-Intervenors' Joint Reply in Support of Motion to Comply With The Court's Scheduling Order Dated August 29, 2013 [DOC. 176] filed on even date herewith.  Exhibit 1 is referenced on page 4 in footnote 3 and Exhibit 2 is referenced on page 5.

RESPECTFULLY SUBMITTED this 24th day of September, 2013.

/s/ Kathryn Brack Morrow
Karen Budd-Falen
Kathryn Brack Morrow
BUDD-FALEN LAW OFFICES, LLC
300 East 18th Street
Post Office Box 346
Cheyenne, WY 82003
307/632-5105 Telephone
307/632-5105 Telefax
karen@buddfalen.com
kathryn@buddfalen.com
*Attorneys for International Equine Business Association et al.*

/s/Patrick Joseph Rogers
Patrick Joseph Rogers
Patrick Joseph Rogers, LLC
Post Office Box 26748
Albuquerque, NM 87125
505/938-3335 Telephone
505/938-3336 Telefax
patrogers@patrogerslaw.com

*Attorney for Intervenor Defendant Responsible Transportation, L.L.C.*

/s/Gary H. Baise
Gary H. Baise
Olsson Frank Weeda Terman Matz PC
600 New Hampshire Avenue, NW, Ste 500
Washington, DC 20037
202/789-1212 Telephone
202/234-3550 Telefax
gbaise@ofwlaw.com

*Attorney for Intervenor Defendant Confederated Tribes and Bands of the Yakima Nation*

/s/A. Blair Dunn
A. Blair Dunn
6605 Uptown Blvd. NE
Suite 280
Albuquerque, NM 87710
505/881-5155 Telephone
505/881-5356 Telefax
abdunn@ablairdunn-esq.com

*Attorney for Intervenor Defendants Valley Meat Company, et al.*

## CERTIFICATE OF SERVICE

      I certify that I filed the foregoing document on September 24, 2013, using the ECF System, which will send notification to all parties of record.

                                    /s/ Kathryn Brack Morrow
                                    Kathryn Brack Morrow
                                    BUDD-FALEN LAW OFFICES, LLC